FILED: August 5, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1020

(8:12-cv-00281-RWT)

_____

DOLORES SAMS

       Plaintiff - Appellant

v.

NORTHSTAR RX LLC

       Defendant - Appellee

_____

O R D E R

_____

The court grants the motion for extension and extends the time for filing any transcript purchase order(s) until September 5, 2013.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk